GITEL DOBRIKIN, Respondent, Impleaded with Another, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

(Submitted February 18, 1929; decided February 20, 1929.)

*Joseph C. Thomson* for motion.

*Frederic W. Frost* and *Alfred T. Davison*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.